45D04-2310-CT-001212

Lake Superior Court, Civil Division 4

Filed: 10/13/2023 7:33 AM
Clerk
Lake County, Indiana

| | | |
|---|---|---|
| STATE OF INDIANA | ) | IN THE LAKE        COURT |
| | ) SS: | |
| COUNTY OF LAKE | ) | CAUSE NO. |

MARK WHIPPLE

VS.

MIGUEL RENDON-SANCHEZ and
KPO LOGISTICS INC.

## COMPLAINT FOR DAMAGES

Come now the Plaintiff, Mark Whipple, by counsel, Ken Nunn Law Office, and for their cause of action against the Defendants, Miguel Rendon-Sanchez and KPO Logistics Inc., alleges and states as follows:

## STATEMENT AND JURISDICTION

1. This is a clear liability collision in which Defendants' 2018 Freightliner tractor and attached trailer, was negligently driven by Miguel Rendon-Sanchez causing a collision with the vehicle driven by Plaintiff, Mark Whipple. As a result of the collision, Plaintiff has incurred medical expenses, lost wages, property damage and other special expenses in an amount to be proven at trial of this cause.

2. Jurisdiction and venue are appropriate in Lake County, Indiana, as said collision occurred within the boundaries of Lake County, State of Indiana.

## FIRST CAUSE OF ACTION

### NEGLIGENCE OF TRUCK DRIVER

3. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 2 above as if fully restated verbatim.

4. On or about June 12, 2023, Defendant Miguel Rendon-Sanchez negligently drove a tractor-trailer striking the vehicle driven by Plaintiff, Mark Whipple.

5. Defendant Miguel Rendon-Sanchez had a duty to operate his tractor trailer in a safe and reasonable manner.



DEFENDANT'S EXHIBIT 1

6. Defendant Miguel Rendon-Sanchez failed in the above mentioned duties and is therefore negligent.

7. Defendant Miguel Rendon-Sanchez's negligence was the direct and proximate cause of Plaintiff's injuries.

8. Plaintiff Mark Whipple's injuries and damages are permanent.

9. As a direct and proximate result of Miguel Rendon-Sanchez's negligence, Mark Whipple has suffered lost wages.

10. Plaintiff, Mark Whipple, has incurred medical bills for the treatment of his injuries directly resulting from this collision.

11. As a direct and proximate result of Miguel Rendon-Sanchez's negligence, Mark Whipple has experienced physical and mental pain and suffering, lost wages and property damage and has lost the ability to perform usual activities, resulting in a diminished quality of life.

## SECOND CAUSE OF ACTION

### NEGLIGENCE PER SE OF TRUCK DRIVER

12. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 11 above as if fully restated verbatim.

13. Miguel Rendon-Sanchez violated state and federal statutes and regulations including but not limited to Title 9 of the Indiana Code.

14. Defendant Miguel Rendon-Sanchez's statutory violations directly and proximately caused Plaintiffs' damages and injuries.

15. Defendant Miguel Rendon-Sanchez is negligent per se based on these statutory and regulatory violations.

## THIRD CAUSE OF ACTION

### RESPONDEAT SUPERIOR OF TRUCK COMPANY

16. Plaintiff realleges and incorporates herein by reference paragraphs 1 through 15 above as if fully restated verbatim.

17. Defendant Miguel Rendon-Sanchez was the employee, agent, servant, or independent contractor for KPO Logistics Inc. Accordingly, KPO Logistics Inc. is vicariously liable for the acts of Defendant, Miguel Rendon-Sanchez, for the causes of action above.

WHEREFORE, the Plaintiff, Mark Whipple, by counsel of the Ken Nunn Law Office, demand judgment against the Defendants, Miguel Rendon-Sanchez and KPO Logistics Inc., for permanent injuries in a reasonable amount to be determined at the trial of this cause, for medical expenses, lost wages, property damage and other special expenses, court costs and all other just and proper relief in the premises.

KEN NUNN LAW OFFICE

BY: *s/ Ryan D. Etter*
Ryan D. Etter, #27832-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: ryane@kennunn.com

## REQUEST FOR TRIAL BY JURY

Comes now the plaintiff, by counsel, Ken Nunn Law Office, and requests that this matter be tried by jury pursuant to Trial Rule 38.

KEN NUNN LAW OFFICE

BY: *s/ Ryan D. Etter*
Ryan D. Etter, #27832-49
KEN NUNN LAW OFFICE
104 South Franklin Road
Bloomington, IN 47404
Phone: (812) 332-9451
Fax: (812) 331-5321
E-mail: ryane@kennunn.com

Ryan D. Etter, #27832-49
Ken Nunn Law Office
104 South Franklin Road
Bloomington, IN 47404
Telephone: 812-332-9451
Fax Number: 812-331-5321
Attorney for Plaintiff